(97 South. 879)

No. 26063.

STATE v. DIXON.

(Oct. 29, 1923.)

*(Syllabus by Editorial Staff.)*

Criminal law ⊂⊃ 1182—When conviction affirmed, in absence of bill of exception, assignment of error, and argument, stated.

Where the record contains no bill of exception, no assignment of errors has been filed, and the case has been submitted without brief or argument, the conviction will be affirmed, if the proceedings appear to be regular and there is no error on the face of the record.

Appeal from Thirteenth Judicial District Court, Parish of Grant; L. L. Hooe, Judge.

W. H. Dixon was convicted of failing to provide for his wife and minor children, and he appeals. Affirmed.

C. M. McCain, of Colfax, and John H. Mathews, of Alexandria, for appellant.

A. V. Coco, Atty. Gen., and Cleveland Dear, Dist. Atty., of Alexandria (T. S. Walmsley, of New Orleans, of counsel), for the State.

By Division B, composed of Justices DAWKINS, LAND, and LECHE.

LECHE, J. The defendant was indicted for having failed to provide for the support of his wife and minor children in destitute and necessitous circumstances. He was tried and convicted, and he appeals from a judgment sentencing him "to serve the period of one year in the parish jail. * * *"

The record contains no bill of exception, no assignment of errors has been filed, and the case is submitted to this court without brief or argument.

The proceedings appear to be regular, and we find no error on the face of the record.

The judgment appealed from is therefore affirmed.